**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6431

MICHAEL RAY WILLIAMS,

                    Plaintiff - Appellant,

          v.

EVERETTE BODY; DENNIS DANIELS; W. DRIVER,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.    James C. Dever, III, Chief District Judge. (5:12-ct-03070-D)

Submitted:  July 18, 2013              Decided:  July 23, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael Ray Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ray Williams seeks to appeal the district court's order dismissing several claims in his 42 U.S.C. § 1983 (2006) action and allowing him to amend his complaint as to the remaining claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2